ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
DENNIS J. HANNA, CSBN 184475
Special Assistant United States Attorney
     Social Security Administration
     333 Market St., Suite 1500
     San Francisco, CA  94105
     Telephone:  (415) 977-8962
     Facsimile:  (415) 744-0134
     Email:  Dennis.Hanna@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| EDWARDSTEEN JAMES, | ) No. CV 11-0805 JEM |
| | ) |
|     Plaintiff, | ) **[PROPOSED]** |
| | ) **JUDGMENT OF REMAND** |
|       v. | ) |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
|     Defendant. | ) |
| _____ | ) |

    The Court having approved the parties' Stipulation to Voluntary Remand
Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment
("Stipulation to Remand") lodged concurrent with the lodging of the within
Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND
DECREED** that the above-captioned action is remanded to the Commissioner of
Social Security for further proceedings consistent with the Stipulation to Remand.

DATED:  <u>September 20, 2011</u>    <u>/s/John E. McDermott</u>
                                  HON. JOHN E. McDERMOTT
                                  UNITED STATES MAGISTRATE JUDGE